JOHN B. DYER, executor, &c., respondent,

*v.*

ELIZABETH C. SMITH, appellant.

[Decided October 9th, 1935.]

*Messrs. Robertson & Robertson,* for the respondent.

*Mr. Patrick H. Harding,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll and reported in *112 N. J. Eq. 126.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 15.

*For reversal*—None.